JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305 O78T)
Assistant United States Attorney
Chief, Tax Division
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7017
    Fax:          (415) 436-6748
Attorneys for the United States of America

*E-FILED - 8/28/09*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DELMA MITCHELL, Revenue Officer, <br><br>Petitioners, <br><br>v. <br><br>ANTONIO J. CASAMENTO, <br><br>Respondent. | NO. CV 09-2194 RMW <br><br>STIPULATION and [========] ORDER |

It is hereby stipulated by and between petitioners and respondent, through their respective counsel, that this matter be dismissed, each to bear their own costs and attorneys' fees.

/s/ MATTHEW D. MILLER
MATTHEW D. MILLER
Attorney For Respondent

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ THOMAS MOORE
THOMAS MOORE
Assistant United States Attorney
Chief Tax Division
Attorneys For Petitioners

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/28/09

Ronald M. Whyte
UNITED STATES DISTRICT JUDGE